UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Case:  1:11-CV-02888-JOF

---

MERIAL  LLC                                *Plaintiff*

v.

BAYER HEALTHCARE, LLC              *Defendant*

---

## AFFIDAVIT OF SERVICE

State of New York, County of Albany

MICHAEL ALVARO, having been sworn, herein states that I am over the age of eighteen years and I am not a party to this action. That on **AUGUST 31, 2011 at 2:37pm at 80 State Street, Albany, NY,** I did serve a true copy of *SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, PLAINTIFF MERIAL, LLC's CORPORATE DISCLOSURE STATEMENT, COMPLAINT, and EXHIBITS A through J,* upon defendant **BAYER HEALTHCARE, LLC**, by personal service of STEVEN PASTORE, designated agent at Corporation Service Company, Registered Agent for service of process upon Bayer Healthcare, LLC.

Steven Pastore is a white male, apx 45 years of age, 5'10" in apx. Height, weighing apx. 200 pounds. He has grey thinning hair and a goatee. He is not in the active military.

_____
Michael Alvaro
50 Colvin Avenue   #203
Albany, NY  12206
518-438-8987

Sworn to before me on  9/1/11

_____
Notary Public

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2013

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794



181508