## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Merial LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:11-cv-02888-JOF |
| | ) | |
| Bayer Healthcare, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE OF ROBERT R. AMBLER, JR.

**COMES NOW** Robert R. Ambler, Jr., attorney in good standing and admitted to practice in this Honorable Court, and hereby enters his appearance as attorney of record for Bayer Healthcare, LLC, Defendant in the above-styled case. The undersigned requests that service copies of all pleadings and other notices be furnished to him at the address listed below.

> Robert R. Ambler, Jr.
> Womble Carlyle Sandridge & Rice, PLLC
> 271 17th Street, NW, Suite 2400
> Atlanta, GA  30363-1017
> Telephone:  (404) 872-7000
> Facsimile:   (404) 879-2924
> rambler@wcsr.com

Respectfully submitted, this 15th day of September, 2011.

> WOMBLE CARLYLE SANDRIDGE & RICE
> *A Professional Limited Liability Company*

WCSR  6960698v1

- 2 -

        By:   /s/    Robert R. Ambler, Jr.
                Robert R. Ambler, Jr.
                State Bar No. 014462

271 17th Street, NW, Suite 2400
Atlanta, GA  30363-1017
Telephone:  (404) 872-7000
Facsimile:  (404) 870-4835
rambler@wcsr.com

*Attorneys for Branch Banking and Trust*

- 3 -

## Local Rule 7.1 Compliance Certificate

Pursuant to LR 7.1D, this is to certify that the foregoing *Notice of Appearance of Robert R. Ambler, Jr.* was prepared on a computer using the Times New Roman font (14 point).

/s/  Robert R. Ambler, Jr.
Robert R. Ambler, Jr.
State Bar No. 014462

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing *Notice of Appearance of Robert R. Ambler, Jr.* using the CM/ECF system, which automatically sent email notification of such filing to the following attorneys of record:

>Courtland Lewis Reichman
>Courtney Suzanne Werner
>Harriet Jill Wasserman
>King & Spalding, LLP-ATL
>1180 Peachtree Street, NE
>Suite 1700
>Atlanta, GA 30309-3521

This 15th day of September, 2011.

>/s/   Robert R. Ambler, Jr.
>Robert R. Ambler, Jr.
>State Bar No. 014462