**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC,              )<br>                          )<br>　Plaintiff and Counterclaim-Defendant,)<br>                          )<br>v.                        )<br>                          )<br>BAYER HEALTHCARE LLC      )<br>                          )<br>　Defendant and Counterclaim-Plaintiff.) | CIVIL ACTION FILE<br>NO. 1:11-cv-02888-JOF |

**BAYER HEALTHCARE LLC'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Bayer HealthCare LLC, which is a wholly-owned subsidiary of Bayer Corporation, which is a wholly-owned subsidiary of Bayer Aktiengesellschaft, which is a publicly-traded German entity.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None, upon information and belief.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>     David H. Bernstein
>     Michael Schaper
>     DEBEVOISE & PLIMPTON LLP
>
>     Robert R. Ambler, Jr.
>     WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Respectfully submitted this 21st day of September, 2011.

        WOMBLE CARLYLE SANDRIDGE & RICE PLLC

        s/ Robert R. Ambler, Jr.
        Robert R. Ambler, Jr.
        (rambler@wcsr.com)
        Attorney Bar Number: 014462
        Russell A. Williams
        (rwilliams@wcsr.com)
        Attorney Bar Number: 141659

        271 17th Street, NW, Suite 2400
        Atlanta, GA 30363-1017
        (404) 872-7000

        DEBEVOISE & PLIMPTON LLP

        s/ David H. Bernstein
        David H. Bernstein
        (dhbernstein@debevoise.com)
        Michael Schaper
        (mschaper@debevoise.com)
        *Admitted Pro Hac Vice*

        919 Third Avenue
        New York, New York 10022
        (212) 909-6000

        *Attorneys for Defendant*
        *Bayer HealthCare LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2011, I electronically filed Bayer HealthCare LLC's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Courtland Lewis Reichman
>Courtney Suzanne Werner
>Harriet Jill Wasserman

>s/ Robert R. Ambler, Jr.
>Georgia Bar No. 014462
>Attorney for Bayer
>HealthCare LLC

Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com

23507880v1