IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO. 1:11-cv-2888-JOF |

PLAINTIFF MERIAL LLC'S
DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b)(1), Plaintiff Merial LLC ("Merial") hereby demands a trial by jury in this action for all issues triable by jury.

Respectfully submitted, this 4th day of October, 2011.

                                                                     KING & SPALDING LLP

                                                                     s/ Suzanne Werner
                                                                     Courtland L. Reichman
                                                                       (Ga. Bar No. 599894)
                                                                     Jill Wasserman
                                                                      (Ga. Bar No. 739662)

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 572-4600

Suzanne Werner
 (Ga. Bar No. 321398)

Attorneys for Plaintiff
MERIAL LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, I electronically filed the foregoing Plaintiff Merial LLC's Demand for Jury Trial with the Clerk of the Court using the CM/ECF system.

s/ Suzanne Werner<br>
Suzanne Werner<br>
(Ga. Bar No. 321398)