**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2011, I caused Defendant's Initial Disclosures to be served on plaintiffs' attorneys of record by e-mail:

    Courtland L. Reichman
    Jill Wasserman
    Suzanne Werner

                                                    s/ Michael Schaper
                                                    Admitted Pro Hac Vice.
                                                    Attorney for Bayer
                                                    HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email:rambler@wcsr.com