IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing PLAINTIFF'S INITIAL DISCLOSURES upon Defendant, by causing a true and correct copy thereof to be served by email addressed to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
(Ga. Bar No. 014462)
Russell A. Williams
(Ga. Bar No. 141659)
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363
Phone: (404) 872-7000
Email: rwilliams@wcsr.com
Email: rambler@wcsr.com

David H. Bernstein (*pro hac vice*)
Michael Schaper (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 909-6000
Email: dhbernst@debevoise.com
Email: mschaper@debevoise.com

This 21 day of October, 2011.

      *s/* Suzanne Werner
      Courtland L. Reichman
        (Ga. Bar No. 599894)
      Jill Wasserman
        (Ga. Bar No. 739662)
      Suzanne Werner
        (Ga. Bar No. 321398)
      KING & SPALDING LLP
      1180 Peachtree Street
      Atlanta, Georgia 30309
      Phone: (404) 572-4600
      Fax: (404) 572-5134
      Email: creichman@kslaw.com
      Email: jwasserman@kslaw.com
      Email: swerner@kslaw.com

      *Attorneys for Plaintiff*
      MERIAL LLC