IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
| Plaintiff and ) | CIVIL ACTION FILE |
| Counterclaim Defendant, ) | |
| ) | NO. 1:11-cv-2888-JOF |
| v. ) | |
| ) | |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |
| ) | |

CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT BAYER HEALTHCARE LLC upon Defendant, by causing a true and correct copy thereof to be served by email to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA  30363

DMSLIBRARY01-17594052.1

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022

This 25th day of October, 2011.

        *s/* Suzanne Werner
        Courtland L. Reichman
          (Ga. Bar No. 599894)
        Jill Wasserman
          (Ga. Bar No. 739662)
        Suzanne Werner
          (Ga. Bar No. 321398)
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, GA  30309
        Phone: (404) 572-4600
        Fax: (404) 572-5134
        Email: creichman@kslaw.com
        Email: jwasserman@kslaw.com
        Email: swerner@kslaw.com

        Attorneys for Plaintiff
        MERIAL LLC