**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>　　　Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I caused Bayer HealthCare LLC's First Request for Production of Documents and Things to be served on the following attorneys of record by e-mail:

  Courtland L. Reichman
  Jill Wasserman
  Suzanne Werner

              s/ David H. Bernstein
              Admitted Pro Hac Vice
              Attorney for Bayer
              HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Email: dhbernstein@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com