## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MERIAL LLC

      Plaintiff and Counterclaim-Defendant,

v.

BAYER HEALTHCARE LLC

      Defendant and Counterclaim-Plaintiff.

Civil Action
No. 1:11-cv-02888-JOF

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I caused Bayer HealthCare LLC's Responses and Objections to Merial LLC's First Set of Interrogatories to be served on the following attorneys of record by e-mail:

      Courtland L. Reichman
      Jill Wasserman
      Suzanne Werner

                        s/ Michael Schaper
                        Admitted Pro Hac Vice
                        Attorney for Bayer
                        HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com