**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that I have this day served MERIAL LLC'S RESPONSES

AND OBJECTIONS TO BAYER HEALTHCARE LLC'S FIRST REQUEST

FOR PRODUCTION OF DOCUMENTS AND THINGS upon Defendant, by

causing a true and correct copy thereof to be served by email, addressed to

Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA  30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue

New York, NY  10022

This 1st day of December, 2011.

*s/* Suzanne Werner
Courtland L. Reichman
 (Ga. Bar No. 599894)
Jill Wasserman
 (Ga. Bar No. 739662)
Suzanne Werner
 (Ga. Bar No. 321398)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Phone: (404) 572-4600
Fax: (404) 572-5134
Email: creichman@kslaw.com
Email: jwasserman@kslaw.com
Email: swerner@kslaw.com

***Attorneys for Plaintiff***
**MERIAL LLC**