# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
|    Plaintiff and | ) | |
|    Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
|    Defendant and | ) | |
|    Counterclaim Plaintiff. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served MERIAL LLC'S RESPONSES AND OBJECTIONS TO BAYER HEALTHCARE LLC'S FIRST SET OF INTERROGATORIES upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

    Robert R. Ambler, Jr.
    Russell A. Williams
    WOMBLE CARLYLE SANDRIDGE & RICE PLLC
    271 17th Street, N.W., Suite 2400
    Atlanta, GA  30363

    David H. Bernstein
    Michael Schaper
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY  10022

This 1st day of December, 2011.

        *s/* Suzanne Werner
        Courtland L. Reichman
          (Ga. Bar No. 599894)
        Jill Wasserman
          (Ga. Bar No. 739662)
        Suzanne Werner
          (Ga. Bar No. 321398)
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, GA  30309
        Phone: (404) 572-4600
        Fax: (404) 572-5134
        Email: creichman@kslaw.com
        Email: jwasserman@kslaw.com
        Email: swerner@kslaw.com

        *Attorneys for Plaintiff*
        **MERIAL LLC**