# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I caused Bayer HealthCare LLC's Second Request for Production of Documents and Things to be served on the following attorneys of record by e-mail:

    Courtland L. Reichman
    Jill Wasserman
    Suzanne Werner

                                                          s/ David H. Bernstein
                                                          Admitted Pro Hac Vice
                                                          Attorney for Bayer
                                                          HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Email: dhbernstein@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com