## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served MERIAL LLC'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO BAYER HEALTHCARE LLC'S FIRST SET OF INTERROGATORIES upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

>Robert R. Ambler, Jr.
>Russell A. Williams
>WOMBLE CARLYLE SANDRIDGE & RICE PLLC
>271 17th Street, N.W., Suite 2400
>Atlanta, GA  30363
>Email: RAmbler@wcsr.com
>Email: RWilliams@wcsr.com
>
>David H. Bernstein
>Michael Schaper

        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, NY  10022
        Email: dhbernstein@debevoise.com

This 10th day of February, 2012.

        *s/* Suzanne Werner
        Courtland L. Reichman
         (Ga. Bar No. 599894)
        Jill Wasserman
         (Ga. Bar No. 739662)
        Suzanne Werner
         (Ga. Bar No. 321398)
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, GA  30309
        Phone: (404) 572-4600
        Fax: (404) 572-5134
        Email: creichman@kslaw.com
        Email: jwasserman@kslaw.com
        Email: swerner@kslaw.com

        *Attorneys for Plaintiff*
        **MERIAL LLC**