IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | CIVIL ACTION FILE |
| Counterclaim Defendant, | ) | |
| | ) | NO. 1:11-cv-2888-JOF |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S

SECOND SET OF INTERROGATORIES TO DEFENDANT BAYER

HEALTHCARE LLC upon Defendant, by causing a true and correct copy thereof

to be served by hand-delivery to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA  30363

and by causing a true and correct copy thereof to be served by email to

Defendant's counsel of record as follows:

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022

This 22nd day of February, 2012.

*s/* Suzanne Werner
Courtland L. Reichman
  (Ga. Bar No. 599894)
Jill Wasserman
  (Ga. Bar No. 739662)
Suzanne Werner
  (Ga. Bar No. 321398)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Phone: (404) 572-4600
Fax: (404) 572-5134
Email: creichman@kslaw.com
Email: jwasserman@kslaw.com
Email: swerner@kslaw.com

Attorneys for Plaintiff
MERIAL LLC