# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served MERIAL LLC'S RESPONSES AND OBJECTIONS TO BAYER HEALTHCARE LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS upon Defendant, by causing a true and correct copy thereof to be served by email, addressed to Defendant's counsel of record as follows:

>   Robert R. Ambler, Jr.
>   Russell A. Williams
>   WOMBLE CARLYLE SANDRIDGE & RICE PLLC
>   271 17th Street, N.W., Suite 2400
>   Atlanta, GA  30363
>   Email: RAmbler@wcsr.com
>   Email: RWilliams@wcsr.com

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Email: dhbernstein@debevoise.com

This 1st day of March, 2012.

*s/*  Suzanne Werner
Courtland L. Reichman
  (Ga. Bar No. 599894)
Jill Wasserman
  (Ga. Bar No. 739662)
Suzanne Werner
  (Ga. Bar No. 321398)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Phone: (404) 572-4600
Fax: (404) 572-5134
Email: creichman@kslaw.com
Email: jwasserman@kslaw.com
Email: swerner@kslaw.com

*Attorneys for Plaintiff*
**MERIAL LLC**