-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MERIAL LLC,**<br><br>     Plaintiff,<br><br>vs.<br><br>**BAYER HEALTHCARE LLC,**<br><br>     Defendant. | CIVIL ACTION FILE<br>No. 1:11-cv-02888-JOF<br><br>JURY TRIAL |

## NOTICE OF CHANGE OF LAW FIRM ASSOCIATION FOR PLAINTIFF MERIAL LLC AND CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE THAT Merial LLC hereby associates McKool Smith P.C. as counsel of record and requests the Court and parties to add to the service list in place of Courland Lewis Reichman and Harriet Jill Wasserman at King & Spalding, the following:

Courtland Lewis Reichman
McKool Smith, P.C.
Georgia State Bar No.599894
creichman@mckoolsmith.com
400 Colony Square, Suite 200
Atlanta, G.A. 30361
Telephone: (404) 920-1851
Facsimile: (214) 978-4044

-1-

McKool 444834v1

-2-

Harriet Jill Wasserman
McKool Smith, P.C.
Georgia State Bar No.739662
jwasserman@mckoolsmith.com
400 Colony Square, Suite 200
Atlanta, G.A. 30361
Telephone: (404) 920-1852
Facsimile: (214) 978-4044

| | |
|---|---|
| Dated:   May 9, 2012 | Respectfully submitted, |
| | McKOOL SMITH P.C. |
| | By    */s/ Jill Wasserman* |
| |       McKool Smith, P.C. |
| |       Georgia State Bar No.739662 |
| |       jwasserman@mckoolsmith.com |
| |       400 Colony Square, Suite 200 |
| |       Atlanta, G.A. 30361 |
| |       Telephone: (404) 920-1852 |
| |       Facsimile: (214) 978-4044 |
| | **Attorneys for Plaintiff Merial LLC** |

-1-

## **CERTIFICATE OF SERVICE**

I herby certify that a copy of the foregoing document was filed electronically on the 9th day of May, 2012, and served on all counsel via ECF electronic service in accordance with the manner of service in the underlying action pending before the United Stated District Court of the Northern District of Georgia.

*/s/ Jill Wasserman*
Jill Wasserman
(Ga. Bar No. 739662)

McKool 444834v1