IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
| Plaintiff and ) | CIVIL ACTION FILE |
| Counterclaim Defendant, ) | |
| ) | NO. 1:11-cv-2888-JOF |
| v. ) | |
| ) | |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |
| ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.1(E), C. Suzanne Werner hereby requests permission to withdraw as counsel of record from the above-styled case. In support of her motion, Ms. Werner states as follows:

1. As of the date of this motion, Ms. Werner is no longer a member of KING & SPALDING LLP;

2. Plaintiff Merial LLC shall continue to be represented by Courtland Reichman and Jill Wasserman of McKool Smith P.C.;

3. Ms. Werner's withdrawal from the above-styled case will not impact any deadlines in this matter.

Respectfully submitted, this 21st day of May, 2012.

        s/ C. Suzanne Werner
C. Suzanne Werner
  (Ga. Bar. No. 321398)
  Email:  suzanne.werner@alston.com

Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing motion has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1.

This 21st day of May, 2012.

                                                           s/ C. Suzanne Werner  
                                                          C. Suzanne Werner  
                                                           (Ga. Bar. No. 321398)  
                                                         Email:  suzanne.werner@alston.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing NOTICE OF WITHDRAWAL AS COUNSEL with the Clerk of Court using the cm/ecf system which will send notice to the attorneys of record in this case.

This 21st day of May, 2012.

                                                               s/ C. Suzanne Werner
                                                   C. Suzanne Werner
                                                     (Ga. Bar No. 321398)
                                                        Email: suzanne.werner@alston.com