UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAYER HEALTHCARE, LLC,<br><br>　　　　Defendant | Civ. Action No. 1:11-cv-02888-JOF<br><br>**JURY TRIAL DEMANDED** |

**CONSENT MOTION REGARDING AMENDING PLEADINGS**

Plaintiff and Counterclaim-Defendant Merial LLC ("Merial") and Defendant and Counterclaim-Plaintiff Bayer HealthCare LLC ("Bayer") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 15(a)(2) and/or Fed. R. Civ. P. 16(b)(4), file this Consent Motion Regarding Amending Pleadings (the "Consent Motion"), and respectfully show as follows:

Merial filed its Complaint on August 9, 2011 (ECF No. 1) and Bayer filed its Answer and Counterclaims on September 21, 2011 (ECF No. 9). Merial answered Bayer's Counterclaims on October 17, 2011 (ECF No. 13). Thereafter, the parties diligently engaged in written discovery and also attempted to settle this matter.

-1-

During the course of their settlement discussions and as a result of new advertising, it became apparent that each Party wished to amend its pleadings to assert additional claims relating to the other's advertisements. The Parties have recently exchanged proposed amended pleadings and each Party has consented to the other Party filing an amended pleading (*i.e.*, Bayer consents to Merial filing an amended complaint and Merial consents to Bayer filing an amended counterclaim).[1] The parties agree that the issues addressed through these proposed amendments are more efficiently handled in this case as opposed to an additional action or actions.

Accordingly, the Parties have agreed, subject to the Court's approval and for good cause shown, that (i) Merial shall file its First Amended Complaint within twenty-four (24) hours after the Court grants this Consent Motion; (ii) Bayer shall file its Amended Counterclaims Against Merial and Answer to First Amended Complaint no later than seven (7) days after the filing of Merial's First Amended Complaint; (iii) Merial shall file its answer to Bayer's Amended Counterclaims Against Merial no later than seven (7) days after the filing of Bayer's Amended Counterclaims Against Merial and Answer to First Amended Complaint; (iv)

---

[1] In light of the amendments, Merial and Bayer are discussing revisions to the discovery schedule.

neither Merial nor Bayer shall file any Federal Rule of Civil Procedure Rule 12(b) motion in response to Merial's First Amended Complaint or Bayer's Amended Counterclaims Against Merial and Answer to Amended Complaint; and (v) this Consent Motion, its entry by the Court, and its terms and provisions shall not waive or compromise, or be deemed to waive or compromise, any rights, defenses, objections or arguments that the Parties may have in this action or in any other proceeding, all of which are expressly preserved.

DATED:  June 12, 2012

        Respectfully submitted,

        McKOOL SMITH, P.C.

        *s/ Courtland L. Reichman*
        Courtland L. Reichman
         (Ga. Bar No. 599894)
        Jill Wasserman
         (Ga. Bar No. 739662)
        1201 Peachtree St., Suite 200
        400 Colony Square
        Atlanta, GA 30361
        (404) 572-4600

        *Attorneys for Plaintiff Merial LLC*

s/ Michael Schaper

Robert R. Ambler, Jr.
  (Ga. Bar No. 014462)
Russell A. Williams
  (Ga. Bar No. 141659)
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363
Phone: (404) 872-7000
Fax: (404) 879-2924
Email: rambler@wcsr.com
Email: rwilliams@wcsr.com

David H. Bernstein
  (*admitted pro hac vice*)
Michael Schaper
  (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 909-6000
Fax: (212) 521-7952
Email: dhbernstein@debevoise.com
Email: mschaper@debevoise.com

*Attorneys for Defendant Bayer HealthCare LLC*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing Consent Motion was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

DATED:  June 12, 2012

/s/ Jill Wasserman
Jill Wasserman

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Consent Motion was filed electronically pursuant to LR 5.1 on June 12, 2012 using the Court's CM/ECF system, which will automatically send e-mail notification of the filing to the parties' attorneys of record.

/s/ Jill Wasserman
Jill Wasserman
