UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE, LLC,<br><br>    Defendant | Civ. Action No. 1:11-cv-02888-JOF<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER ON] CONSENT MOTION REGARDING AMENDING PLEADINGS

Before the Court is Plaintiff and Counterclaim-Defendant Merial LLC ("Merial") and Defendant and Counterclaim-Plaintiff Bayer HealthCare LLC's ("Bayer") Consent Motion Regarding Amending Pleadings (the "Consent Motion"). After careful consideration and for good cause shown, the Consent Motion is **GRANTED**. It is **THEREFORE ORDERED** that (i) Merial shall file its First Amended Complaint within twenty-four (24) hours of entry of this Consent Motion; (ii) Bayer shall file its Amended Counterclaims Against Merial and Answer to First Amended Complaint no later than seven (7) days after the filing of Merial's First Amended Complaint; (iii) Merial shall file its answer to Bayer's Amended Counterclaims Against Merial no later than seven (7) days after

-1-

the filing of Bayer's Amended Counterclaims Against Merial and Answer to First Amended Complaint; (iv) neither Merial nor Bayer shall file any Federal Rule of Civil Procedure Rule 12(b) motion in response to Merial's First Amended Complaint or Bayer's Amended Counterclaims Against Merial and Answer to Amended Complaint; and (v) this Consent Motion, its entry by the Court, and its terms and provisions shall not waive or compromise, or be deemed to waive or compromise, any rights, defenses, objections or arguments that the Parties may have in this action or in any other proceeding, all of which are expressly preserved.

DATED: _____

_____
J. Owen Forrester
United States District Judge
Northern District of Georgia

McKool 448306v1