# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE, LLC, <br><br> Defendant | Civ. Action No. 1:11-cv-02888-JOF <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

Plaintiff Merial LLC hereby notifies the Court and all attorneys of record that, on June 15, 2012, it served its Second Set of Requests for Production on counsel for Bayer HealthCare, LLC, by first class mail and e-mail.

-1-

DATED:  June 18, 2012

                              Respectfully submitted,

                              McKOOL SMITH, P.C.

                              /s/ Jill Wasserman
                              Courtland L. Reichman
                                (Ga. Bar No. 599894)
                              Jill Wasserman
                                (Ga. Bar No. 739662)
                              1201 Peachtree, Suite 200
                              400 Colony Square
                              Atlanta, GA 30361
                              (404) 572-4600

                              Steven Callahan
                                (Admitted *Pro Hac Vice*)
                              300 Crescent Court, Suite 1500
                              Dallas, TX 75080
                              (214) 978-6357

                              *Attorneys for Plaintiff Merial LLC*

McKool 449357v1

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

DATED:  June 18, 2012

/s/ Jill Wasserman
Jill Wasserman

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically pursuant to LR 5.1 on June 18, 2012 using the Court's CM/ECF system, which will automatically send e-mail notification of the filing to the parties' attorneys of record.

/s/ Jill Wasserman
Jill Wasserman

McKool 449357v1