UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE, LLC, <br><br> Defendant | Civ. Action No. 1:11-cv-02888-JOF <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

Plaintiff Merial LLC hereby notifies the Court and all attorneys of record that, on July 19, 2012, it served its Responses and Objections to Bayer Healthcare LLC's Second Set of Interrogatories by e-mail.

-1-

McKool 454294v1

DATED: July 19, 2012

        Respectfully submitted,

        McKOOL SMITH, P.C.

        /s/ Jill Wasserman
        Courtland L. Reichman
         (Ga. Bar No. 599894)
        Jill Wasserman
         (Ga. Bar No. 739662)
        1201 Peachtree, Suite 200
        400 Colony Square
        Atlanta, GA 30361
        (404) 572-4600

        Steven Callahan
         (Admitted *Pro Hac Vice*)
        300 Crescent Court, Suite 1500
        Dallas, TX 75080
        (214) 978-6357

        *Attorneys for Plaintiff Merial LLC*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

DATED: July 19, 2012

                                        /s/ Jill Wasserman
                                        Jill Wasserman

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically pursuant to LR 5.1 on July 19, 2012 using the Court's CM/ECF system, which will automatically send e-mail notification of the filing to the parties' attorneys of record.

                                        /s/ Jill Wasserman
                                        Jill Wasserman

McKool 454294v1