# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC<br><br>　　Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>　　Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2012, I caused Bayer HealthCare LLC's Responses and Objections to Merial LLC's Second Set of Requests for Production to be served on the following attorneys of record by e-mail:

　　Courtland L. Reichman (creichman@McKoolSmith.com)
　　Jill Wasserman (jwasserman@McKoolSmith.com)

s/ Michael Schaper<br>
Admitted Pro Hac Vice<br>
Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com