# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
|    Plaintiff and ) | |
|    Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
|    Defendant and ) | |
|    Counterclaim Plaintiff. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S NOTICE OF SUBPOENA TO APPEAR AT DEPOSITION AND PRODUCE DOCUMENTS upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363

> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

McKool 492562v2

This 1st day of August, 2012.

                                     */s/ Jill Wasserman*
                                     Courtland L. Reichman
                                     (Ga. Bar No. 599894)
                                     Jill Wasserman
                                     (Ga. Bar No. 739662)
                                     McKOOL SMITH, P.C.
                                     1201 Peachtree Street
                                     Atlanta, GA 30361
                                     Email: jwasserman@mckoolsmith.com
                                     Email: creichman@mckoolsmith.com

                                     ***Attorneys for Plaintiff***
                                     **MERIAL LLC**

McKool 492562v2