# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MERIAL LLC, | CIVIL ACTION FILE NO. 1:11-cv-02888-JOF |
| Plaintiff and Counterclaim-Defendant, |  |
| v. |  |
| BAYER HEALTHCARE LLC, |  |
| Defendant and Counterclaim-Plaintiff. |  |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I caused Notices of Deposition for Mike Hutton, Michael Murray, Bryan Strommen, and Dan Frey to be served on the following attorneys of record by e-mail:

> Courtland L. Reichman (creichman@McKoolSmith.com)
> Jill Wasserman (jwasserman@McKoolSmith.com)

> s/ Michael Schaper
> Admitted Pro Hac Vice
> Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com