# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
|     Plaintiff and | ) | |
|     Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Counterclaim Plaintiff. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served **PLAINTIFF MERIAL LLC'S AMENDED NOTICE OF SUBPOENA TO APPEAR AT DEPOSITION AND PRODUCE DOCUMENTS** upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

    Robert R. Ambler, Jr.
    Russell A. Williams
    WOMBLE CARLYLE SANDRIDGE & RICE PLLC
    271 17th Street, N.W., Suite 2400
    Atlanta, GA 30363

    David H. Bernstein
    Michael Schaper
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY 10022

This 17th day of August, 2012.

                                                                                                             */s/ Jill Wasserman*  
                                                                    Courtland L. Reichman  
                                                                    (Ga. Bar No. 599894)  
                                                                    Jill Wasserman  
                                                                    (Ga. Bar No. 739662)  
                                                                    McKOOL SMITH, P.C.  
                                                                    1201 Peachtree Street  
                                                                    Atlanta, GA 30361  
                                                                    Email: jwasserman@mckoolsmith.com  
                                                                    Email: creichman@mckoolsmith.com

                                                                    ***Attorneys for Plaintiff***  
                                                                    **MERIAL LLC**