# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, )<br>)<br>Plaintiff and Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>Defendant and Counterclaim-Plaintiff. )<br>) | CIVIL ACTION FILE<br>NO. 1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I caused Bayer HealthCare LLC's First Supplemental Responses and Objections to Merial LLC's Second Set of Interrogatories to be served on the following attorneys of record by e-mail:

       Courtland L. Reichman (creichman@McKoolSmith.com)
       Jill Wasserman (jwasserman@McKoolSmith.com)

                          s/ Michael Schaper
                          Admitted Pro Hac Vice
                          Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com