# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, | |
| Plaintiff, | Civ. Action No. 1:11-cv-02888-JOF |
| v. | |
| BAYER HEALTHCARE, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Merial LLC's First Set Of Requests For Admission was served upon the following defense counsel on August 28, 2012 by personal delivery and e-mail:

Michael Schaper, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
mschaper@debevoise.com

and a courtesy copy by e-mail to:

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
rambler@wcsr.com

_____/s/ Jill Wasserman_____

McKool 720033v2