**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC, | |
| Plaintiff, | Civ. Action No. 1:11-cv-02888-JOF |
| v. | |
| BAYER HEALTHCARE, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Merial LLC's Third Set Of Requests For Production was served upon the following defense counsel on August 28, 2012 by personal delivery and e-mail:

Michael Schaper, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
mschaper@debevoise.com

and a courtesy copy by e-mail to:

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice PLLC
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
rambler@wcsr.com

_____/s/ Jill Wasserman_____

McKool 719858v1