# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

**JOINT STIPULATION OF PARTIAL VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff and Counterclaim Defendant Merial LLC ("Merial") and for the Defendant and Counterclaim Plaintiff Bayer HealthCare LLC ("Bayer"), as follows:

1. Merial dismisses with prejudice its requests for monetary relief.

2. Bayer dismisses with prejudice its requests for monetary relief.

3. The parties further stipulate and agree that each party is asserting only claims for injunctive relief in this case.

This 7th day of September, 2012.

AGREED AND CONSENTED TO:

MCKOOL SMITH P.C.                          DEBEVOISE & PLIMPTON LLP

s/  Jill Wasserman                         s/  Michael Schaper
Courtland L. Reichman                      David H. Bernstein
  (Ga. Bar No. 599894)                       *(admitted pro hac vice)*
Jill Wasserman                             Michael Schaper
  (Ga. Bar No. 739662)                       *(admitted pro hac vice)*
MCKOOL SMITH P.C.                          DEBEVOISE & PLIMPTON LLP
1201 Peachtree Street                      919 Third Avenue
400 Colony Square, Suite 200               New York, New York 10022
Atlanta, GA  30361                         Phone: (212) 909-6737
Phone: (404) 572-4600                      Fax: (212) 521-7952
Fax: (404) 572-5134                        Email: dhbernstein@debevoise.com
Email: creichman@mckoolsmith.com           Email: mschaper@debevoise.com
Email: jwasserman@mckoolsmith.com
                                           Robert R. Ambler, Jr.
**Attorneys for Plaintiff**                  (Ga. Bar No. 014462)
**and Counterclaim Defendant**             Russell A. Williams
**MERIAL LLC**                               (Ga. Bar No. 141659)
                                           WOMBLE CARLYLE SANDRIDGE
                                           & RICE PLLC
                                           271 17th Street, NW, Suite 2400
                                           Atlanta, Georgia 30363
                                           Phone: (404) 872-7000
                                           Fax: (404) 879-2924

Email: rambler@wcsr.com
Email: rwilliams@wcsr.com

**Attorneys for Defendant
and Counterclaim Plaintiff
BAYER HEALTHCARE LLC**

SO ORDERED, this _____ day of September, 2012.

_____
J. Owen Forrester
United States District Judge
Northern District of Georgia

## **CERTIFICATION OF COMPLIANCE WITH LR 5.1(C)**

This is to certify that the foregoing stipulation was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

This 7th day of September, 2012.

                                                        s/ Michael Schaper  
                                                       Michael Schaper

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action<br>No. 1:11-cv-02888-JOF |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Joint Stipulation Of Partial Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Courtland L. Reichman (creichman@McKoolSmith.com)
    Jill Wasserman (jwasserman@McKoolSmith.com)

This 7th day of September, 2012.

                                          s/ Michael Schaper
                                          Admitted Pro Hac Vice
                                          Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com