# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, | CIVIL ACTION FILE |
| Plaintiff and Counterclaim-Defendant, | NO. 1:11-cv-02888-JOF |
| v. | |
| BAYER HEALTHCARE LLC, | |
| Defendant and Counterclaim-Plaintiff. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I caused Notices of Deposition for Vangie Williams, Karen Mardis and Doug Carithers to be served on the following attorneys of record by e-mail:

      Courtland L. Reichman (creichman@McKoolSmith.com)
      Jill Wasserman (jwasserman@McKoolSmith.com)

                                s/ Michael Schaper
                                Admitted Pro Hac Vice
                                Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com