# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, | ) |
| | ) |
|     Plaintiff and | ) |
|     Counterclaim Defendant, | ) |
| | ) |
| v. | )   Civil Action No. |
| | )   1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) |
| | ) |
|     Defendant and | ) |
|     Counterclaim Plaintiff. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S NOTICE OF SUBPOENA TO APPEAR AT DEPOSITION AND PRODUCE DOCUMENTS upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

McKool 823712v1

1

This 21st day of September.

>   */s/ Jill Wasserman*
>   Courtland L. Reichman
>   (Ga. Bar No. 599894)
>   Jill Wasserman
>   (Ga. Bar No. 739662)
>   McKOOL SMITH, P.C.
>   1201 Peachtree Street
>   Atlanta, GA 30361
>   Email: jwasserman@mckoolsmith.com
>   Email: creichman@mckoolsmith.com
>
>   *Attorneys for Plaintiff*
>   **MERIAL LLC**