**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC, )<br>)<br>Plaintiff and Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>Defendant and Counterclaim-Plaintiff. )<br>) | CIVIL ACTION FILE<br>NO. 1:11-cv-02888-JOF |

**NOTICE OF APPEARANCE OF CHRISTOPHER J. HAMILTON**

PLEASE TAKE NOTICE that Christopher J. Hamilton of Debevoise & Plimpton LLP, attorney in good standing and admitted to practice *pro hac vice* in this Honorable Court, hereby appears on behalf of Bayer HealthCare LLC, Defendant and Counterclaim-Plaintiff in the above-styled case.

1

23755871v1

The undersigned requests that service copies of all pleadings and other notices be furnished to him at the address listed below:

> Christopher J. Hamilton
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
> Telephone: 212-909-6127
> Fax: 212-521-7486
> cjhamilt@debevoise.com

This 11th day of October, 2012.

> Respectfully submitted,
>
> DEBEVOISE & PLIMPTON LLP
>
>   s/ Christopher J. Hamilton
> David H. Bernstein
> (dhbernstein@debevoise.com)
> Michael Schaper
> (mschaper@debevoise.com)
> Christopher J. Hamilton
> (cjhamilton@debevoise.com)
> Megan K. Bannigan
> (mkbannigan@debevoise.com)
> *Admitted Pro Hac Vice*
>
> 919 Third Avenue
> New York, New York 10022
> (212) 909-6127
> (212) 521-7486 (fax)

2

23755871v1

WOMBLE CARLYLE SANDRIDGE
& RICE PLLC


 s/ Robert R. Ambler, Jr.
Robert R. Ambler, Jr.
(rambler@wcsr.com)
Attorney Bar Number: 014462
Russell A. Williams
(rwilliams@wcsr.com)
Attorney Bar Number: 141659

271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404) 872-7000
(404) 879-2924 (fax)


*Attorneys for Defendant*
*Bayer HealthCare LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MERIAL LLC, | CIVIL ACTION FILE |
| Plaintiff and Counterclaim-Defendant, | NO. 1:11-cv-02888-JOF |
| v. |  |
| BAYER HEALTHCARE LLC, |  |
| Defendant and Counterclaim-Plaintiff. |  |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

Pursuant to Local Rule 7.1(D), this is to certify that the foregoing Notice of Appearance of Christopher J. Hamilton was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

s/ Christopher J. Hamilton<br>
Admitted Pro Hac Vice<br>
Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6127
Fax: (212) 521-7486
Email: cjhamilt@debevoise.com

1

23755871v1

2

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Fax: (404) 879-2924
Email: rambler@wcsr.com

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC, )<br>)<br>Plaintiff and Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>Defendant and Counterclaim-Plaintiff. )<br>) | CIVIL ACTION FILE<br>NO. 1:11-cv-02888-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2012, I caused to be electronically filed the Notice of Appearance of Christopher J. Hamilton using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Courtland L. Reichman (creichman@McKoolSmith.com)
> Jill Wasserman (jwasserman@McKoolSmith.com)

> s/ Christopher J. Hamilton
> Admitted Pro Hac Vice
> Attorney for Bayer HealthCare LLC

2

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6127
Fax: (212) 521-7486
Email: cjhamilt@debevoise.com


Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Fax: (404) 879-2924
Email: rambler@wcsr.com