# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. ) | Civil Action No.<br>1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF ROBERT ARTHER upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

McKool 821729v2

This 26th day of October 2012.

          */s/ Jill Wasserman*
          Courtland L. Reichman
          (Ga. Bar No. 599894)
          Jill Wasserman
          (Ga. Bar No. 739662)
          McKOOL SMITH, P.C.
          1201 Peachtree Street
          Atlanta, GA 30361
          Email: jwasserman@mckoolsmith.com
          Email: creichman@mckoolsmith.com

          ***Attorneys for Plaintiff***
          **MERIAL LLC**