# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF RAQUEL RODRIGUEZ upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

1

McKool 821697v2

This 26th day of October 2012.

        */s/ Jill Wasserman*
        Courtland L. Reichman
        (Ga. Bar No. 599894)
        Jill Wasserman
        (Ga. Bar No. 739662)
        McKOOL SMITH, P.C.
        1201 Peachtree Street
        Atlanta, GA 30361
        Email: jwasserman@mckoolsmith.com
        Email: creichman@mckoolsmith.com

        *Attorneys for Plaintiff*
        **MERIAL LLC**