# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
|     Plaintiff and | ) | |
|     Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
|     Defendant and | ) | |
|     Counterclaim Plaintiff. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

McKool 819635v1

This 17th day of September, 2012.

                                          */s/ Jill Wasserman*
                                          Courtland L. Reichman
                                          (Ga. Bar No. 599894)
                                          Jill Wasserman
                                          (Ga. Bar No. 739662)
                                          McKOOL SMITH, P.C.
                                          1201 Peachtree Street
                                          Atlanta, GA 30361
                                          Email: jwasserman@mckoolsmith.com
                                          Email: creichman@mckoolsmith.com

                                          *Attorneys for Plaintiff*
                                          **MERIAL LLC**