**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

_____

|  |  |  |
|---|---|---|
| MERIAL LLC, | ) | CIVIL ACTION FILE |
|  | ) | NO. 1:11-cv-02888-JOF |
| Plaintiff and Counterclaim-Defendant, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BAYER HEALTHCARE LLC, | ) |  |
|  | ) |  |
| Defendant and Counterclaim-Plaintiff. | ) |  |

_____

## BAYER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Bayer HealthCare LLC ("Bayer") respectfully moves this Court for an order granting partial summary judgment against Merial LLC ("Merial") on Merial's claims for injunctive relief against Bayer's advertisements on the grounds that Merial's claims are moot and not ripe for

adjudication, as set forth more fully in the accompanying papers.

 This 5th day of November, 2012.

       Respectfully submitted,

       WOMBLE CARLYLE SANDRIDGE
       & RICE PLLC

       s/ Robert R. Ambler, Jr.
       Robert R. Ambler, Jr.
       (rambler@wcsr.com)
       Attorney Bar Number: 014462
       Russell A. Williams
       (rwilliams@wcsr.com)
       Attorney Bar Number: 141659

       271 17th Street, NW, Suite 2400
       Atlanta, GA 30363-1017
       (404) 872-7000
       (404) 879-2924 (fax)

       DEBEVOISE & PLIMPTON LLP

       s/ Michael Schaper
       David H. Bernstein
       (dhbernstein@debevoise.com)
       Michael Schaper
       (mschaper@debevoise.com)
       Christopher J. Hamilton
       (cjhamilton@debevoise.com)
       Megan K. Bannigan

(mkbannigan@debevoise.com)
*Admitted Pro Hac Vice*

919 Third Avenue
New York, New York 10022
(212) 909-6737
(212) 521-7952 (fax)

*Attorneys for Defendant*
*Bayer HealthCare LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MERIAL LLC, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:11-cv-02888-JOF |
|     Plaintiff and Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
|     Defendant and Counterclaim-Plaintiff. | ) | |
| | ) | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)**

This is to certify that Bayer's Motion for Partial Summary Judgment was

prepared using Times New Roman 14 point font in accordance with Local Rule

5.1(C).

 

s/ Michael Schaper
Admitted Pro Hac Vice
Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400

Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com