UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:11-cv-02888-JOF |
| Plaintiff and Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and Counterclaim-Plaintiff. | ) | |

## BAYER HEALTHCARE LLC'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56.1(B)(1), Defendant Bayer HealthCare LLC ("Bayer") respectfully asserts in support of its Motion for Partial Summary Judgment that the following material facts are not genuinely in dispute.

1.  Merial LLC ("Merial") has challenged six of Bayer's advertisements related to a study conducted by Dr. Byron Blagburn in 2010 comparing the efficacy of four commercial heartworm preventatives, including Merial's Heartgard Plus and Bayer's Advantage Multi (the "Blagburn Study"), alleging that they either expressly or implicitly falsely claim that (a) Advantage Multi is generally superior to Heartgard Plus; (b) heartworms have developed resistance to Heartgard Plus, (c) Heartgard Plus is only 12% effective in preventing heartworm

1

disease, and (d) a single dose is clinically appropriate (collectively, the "Blagburn Claims"). First Amended Complaint ¶¶ 32, 33, 38, 41.

2. These six advertisements are (a) a press release dated January 2011 describing the Blagburn Study (the "Press Release"), (b) a brochure that Bayer distributed at the North American Veterinary Conference (the "NAVC Brochure"), (c) a facsimile sent to veterinarians informing them of the Blagburn Study (the "Dear Doctor Fax"), (d) an advertisement featuring pictures of four beakers (the "Beaker Ad"), (e) a three-dimensional mailer in the shape of a beaker (the "3D Mailer") and (f) a public service announcement encouraging consumers to speak with their veterinarians about new developments in the prevention and treatment of heartworm, but that did not reference either Bayer or the Blagburn Study (the "PSA") (together, the "Blagburn Ads"). *Id.* ¶ 28; Declaration of Cynthia Hughes-Coons ("Hughes-Coons Decl."), dated Nov. 5, 2012, Exs. F-J (Blagburn Ads).

3. All six of the Blagburn advertisements, however, have been discontinued by Bayer. Hughes-Coons Decl. ¶¶ 12-17.

4. Bayer has affirmed that it will no longer use any of the Blagburn Ads and its sales representatives will not make any of the challenged statements. *Id.* ¶¶ 22-23.

5. Merial also challenged four of Bayer's advertisements relating to its flea and tick products K9 Advantix II, K9 Advantix, Advantage II and Advantage: (a) a commercial for Advantage titled "Frisbee Turns Into a Saw That Kills Fleas" ("Frisblade Ad"), (b) a video advertisement for K9 Advantix II called "Pooch Protest", (c) the web domain name "nofleas.com", and (d) the slogan "Don't give fleas a biting chance" on Bayer's website (the "Advantage Ads"). First Amended Complaint ¶¶ 91-93; Hughes-Coons Decl., Ex. K (screen shot from www.petparents.com).

6. The Frisblade Ad for Advantage is no longer in circulation and has not been in circulation since October 2010. Advantage is no longer on the market in the United States. Hughes-Coons Decl. ¶ 18.

7. Bayer has not used the domain name nofleas.com for a website for about five years, and has not advertised or promoted that domain name as a Bayer web address since 2007. From 2008 through October 2012, the domain name was used only to automatically redirect Internet users (such as those who may have bookmarked Bayer's prior website) to Bayer's current website at www.petparents.com. The domain name nofleas.com is no longer active and has not been active since October 2012. *Id.* ¶ 19.

3

8. Bayer has affirmed that the advertisement called "Pooch Protest" will no longer be in circulation as of year-end. Bayer has also affirmed that it will not use the cartoon animation from the "Pooch Protest" ad in any future advertising. *Id.* ¶ 20.

9. Bayer, again, has also affirmed that it no longer plans to use the Advantage Ads in the future. *Id.* ¶ 22 .

10. While Bayer contests that its past or current advertising for K9 Advantix II, K9 Advantix, Advantage II and Advantage implies 100% efficacy for 30 days, Bayer affirms that its future advertisements will not communicate that message. *Id.* ¶ 21.

This 5th day of November, 2012.

                                        Respectfully submitted,

                                        WOMBLE CARLYLE SANDRIDGE &
                                        RICE PLLC


                                        s/ Robert R. Ambler, Jr.
                                        Robert R. Ambler, Jr.
                                        (rambler@wcsr.com)
                                        Attorney Bar Number: 014462
                                        Russell A. Williams
                                        (rwilliams@wcsr.com)
                                        Attorney Bar Number: 141659

4

271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404) 872-7000
(404) 879-2924 (fax)


DEBEVOISE & PLIMPTON LLP


s/ Michael Schaper
David H. Bernstein
(dhbernstein@debevoise.com)
Michael Schaper
(mschaper@debevoise.com)
Christopher J. Hamilton
(cjhamilton@debevoise.com)
Megan K. Bannigan
(mkbannigan@debevoise.com)
*Admitted Pro Hac Vice*

919 Third Avenue
New York, New York 10022
(212) 909-6737
(212) 521-7952 (fax)

*Attorneys for Defendant
Bayer HealthCare LLC*

5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MERIAL LLC, ) | CIVIL ACTION FILE |
| ) | NO. 1:11-cv-02888-JOF |
| Plaintiff and Counterclaim-Defendant, ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| BAYER HEALTHCARE LLC, ) |  |
| ) |  |
| Defendant and Counterclaim-Plaintiff. ) |  |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

This is to certify that Bayer HealthCare LLC's Statement of Undisputed Facts was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

s/ Michael Schaper<br>
Admitted Pro Hac Vice<br>
Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400

Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com