# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, | CIVIL ACTION FILE |
| Plaintiff and Counterclaim-Defendant, | NO. 1:11-cv-02888-JOF |
| v. | |
| BAYER HEALTHCARE LLC, | |
| Defendant and Counterclaim-Plaintiff. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, I caused to be electronically filed Bayer's Motion for Partial Summary Judgment, its Memorandum Of Law In Support of Its Motion for Partial Summary Judgment, its Statement of Undisputed Facts and Declaration of Cynthia Hughes-Coons using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Courtland L. Reichman (creichman@McKoolSmith.com)
Jill Wasserman (jwasserman@McKoolSmith.com)

                                               s/ Michael Schaper
                                               Admitted Pro Hac Vice
                                               Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com