# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF FIONA REY upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

McKool 719797v2

This 19th day of November, 2012.

>*/s/ Jill Wasserman*
>Courtland L. Reichman
>(Ga. Bar No. 599894)
>Jill Wasserman
>(Ga. Bar No. 739662)
>McKOOL SMITH, P.C.
>1201 Peachtree Street
>Atlanta, GA 30361
>Email: jwasserman@mckoolsmith.com
>Email: creichman@mckoolsmith.com
>
>*Attorneys for Plaintiff*
>**MERIAL LLC**

2

McKool 719797v2