**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MERIAL LLC, )
)
    Plaintiff and )
    Counterclaim Defendant, )
)
v. )    Civil Action No.
)    1:11-cv-02888-JOF
BAYER HEALTHCARE LLC, )
)
    Defendant and )
    Counterclaim Plaintiff. )

## CERTIFICATE OF SERVICE OF DISCOVERY

    This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF JOE HOSTETLER upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

        Robert R. Ambler, Jr.
        Russell A. Williams
        WOMBLE CARLYLE SANDRIDGE & RICE PLLC
        271 17th Street, N.W., Suite 2400
        Atlanta, GA 30363

        David H. Bernstein
        Michael Schaper
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, NY 10022

This 19th day of November 2012.

*/s/ Jill Wasserman*
Courtland L. Reichman
(Ga. Bar No. 599894)
Jill Wasserman
(Ga. Bar No. 739662)
McKOOL SMITH, P.C.
1201 Peachtree Street
Atlanta, GA 30361
Email: jwasserman@mckoolsmith.com
Email: creichman@mckoolsmith.com

**Attorneys for Plaintiff**
**MERIAL LLC**