# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF ROBERT ARTHER upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

This 19th day of November 2012.

/s/ Jill Wasserman
Courtland L. Reichman
(Ga. Bar No. 599894)
Jill Wasserman
(Ga. Bar No. 739662)
McKOOL SMITH, P.C.
1201 Peachtree Street
Atlanta, GA 30361
Email: jwasserman@mckoolsmith.com
Email: creichman@mckoolsmith.com

**Attorneys for Plaintiff**
**MERIAL LLC**