# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, )<br>)<br>   Plaintiff and )<br>   Counterclaim Defendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>   Defendant and )<br>   Counterclaim Plaintiff. ) | Civil Action No.<br>1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF CYNTHIA HUGHES-COON upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

>Robert R. Ambler, Jr.
>Russell A. Williams
>WOMBLE CARLYLE SANDRIDGE & RICE PLLC
>271 17th Street, N.W., Suite 2400
>Atlanta, GA 30363

>David H. Bernstein
>Michael Schaper
>DEBEVOISE & PLIMPTON LLP
>919 Third Avenue
>New York, NY 10022

1

McKool 839755v1

This 19th day of November 2012.

>*/s/ Jill Wasserman*
>Courtland L. Reichman
>(Ga. Bar No. 599894)
>Jill Wasserman
>(Ga. Bar No. 739662)
>McKOOL SMITH, P.C.
>1201 Peachtree Street
>Atlanta, GA 30361
>Email: jwasserman@mckoolsmith.com
>Email: creichman@mckoolsmith.com
>
>*Attorneys for Plaintiff*
>**MERIAL LLC**