# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF BAYER HEALTH CARE LLC upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363

> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

McKool 842296v1

This 19th day of November 2012.

          */s/ Jill Wasserman*
          Courtland L. Reichman
          (Ga. Bar No. 599894)
          Jill Wasserman
          (Ga. Bar No. 739662)
          McKOOL SMITH, P.C.
          1201 Peachtree Street
          Atlanta, GA 30361
          Email: jwasserman@mckoolsmith.com
          Email: creichman@mckoolsmith.com

          *Attorneys for Plaintiff*
          **MERIAL LLC**

2

McKool 842296v1