# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, § § Plaintiff, § § § v. § § § BAYER HEALTHCARE, LLC, § § Defendant. § § § | Civil Action No. 1:11-cv-2888-JOF |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT BRIEF**

NOW COMES Plaintiff Merial LLC ("Merial") and, with the consent of Defendant Bayer HealthCare LLC ("Bayer") (together, the "Parties"), hereby moves the Court for entry of an order extending the deadlines for responding to Bayer's Motion for Summary Judgment through and including December 6, 2012 and for Bayer to file its reply through and including December 21, 2012 as follows:

WHEREAS, on November 5, 2012, Bayer filed its Motion for Partial Summary Judgment (Dkt. 91) making Merial's opposition due on or before November 29, 2012.

WHEREAS, in view of the fact that the Thanksgiving holiday, falls in the middle of Merial's response time, Merial has requested one additional week, to December 6, 2012, to respond to Bayer's Motion for Partial Summary Judgment;

WHEREAS, Bayer does not object to Merial's request for one additional week, through and including December 6, 2012 for Merial to respond;

WHEREAS, Merial's request for an additional week is not brought for the purpose of delay;

NOW, THEREFORE, Merial hereby moves, with Bayer's consent to extend the date by which Merial may file its response to Bayer's Motion for Partial Summary judgment through and including December 6, 2012, and the deadline for Bayer's reply shall be extended through and including December 21, 2012:

This 21st day of November, 2012.

AGREED AND CONSENTED TO:

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | MCKOOL SMITH, P.C. |
| /s/ Michael Schaper | /s/ Jill Wasserman |
| David H. Bernstein | Courtland Reichman |
|   (admitted pro hac vice) | (GA Bar No. 599894) |
| Michael Schaper | Jill Wasserman |
|   (admitted pro hac vice) | (GA Bar No. 739662) |
| DEBEVOISE & PLIMPTON LLP | 1201 Peachtree |
| 919 Third Avenue | 400 Colony Square, Suite 200 |
| New York, New York 10022 | Atlanta, GA  30361 |
| Phone: (212) 909-6737 | TEL:  (404) 920-1852 |
| Fax: (212) 521-7952 | |
| | **ATTORNEYS FOR MERIAL LLC.** |
| Robert R. Ambler, Jr. | |
| (Ga. Bar No. 014462) | |
| Russell A. Williams | |
| (Ga. Bar No. 141659) | |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | |
| 271 17th Street, NW, Suite 2400 | |
| Atlanta, Georgia 30363 | |
| Phone: (404) 872-7000 | |
| Fax: (404) 879-2924 | |

**ATTORNEYS FOR BAYER HEALTHCARE LLC**

SO ORDERED, This _____ day of November, 2012

                                         _____
                                         J. Owen Forrester
                                         United States District Judge
                                         Northern District of Georgia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |  | |
|---|---|---|---|
| MERIAL LLC, | ) | | |
| | ) | | |
| Plaintiff and | ) | | |
| Counterclaim Defendant, | ) | | |
| | ) | | |
| v. | ) | Civil Action No. | |
| | ) | 1:11-cv-02888-JOF | |
| BAYER HEALTHCARE LLC, | ) | | |
| | ) | | |
| Defendant and | ) | | |
| Counterclaim Plaintiff. | ) | | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing CONSENT MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT BRIEF with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Robert R. Ambler, Jr.
Russell A. Williams
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363

David H. Bernstein
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

1

This 21st day of November 2012.

>*/s/ Jill Wasserman*
>Courtland L. Reichman
>(Ga. Bar No. 599894)
>Jill Wasserman
>(Ga. Bar No. 739662)
>McKOOL SMITH, P.C.
>1201 Peachtree Street
>Atlanta, GA 30361
>Email: jwasserman@mckoolsmith.com
>Email: creichman@mckoolsmith.com
>
>*Attorneys for Plaintiff*
>**MERIAL LLC**