# EXHIBIT C

**From:** Jill Wasserman
**Sent:** Tuesday, November 20, 2012 5:59 PM
**To:** Schaper, Michael; Steven Callahan; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.; Courtland Reichman
**Subject:** RE: Merial -- Amended Deposition Notices

**Attachments:** Draft Stipulation.doc

Mike,

This will confirm that we are not going to show up for a deposition where no witness will be present, and further that we understand that with respect to Ms. Hughes-Coons, Bayer is refusing to produce her. This also will confirm that we will not argue untimeliness, waiver, or prejudice if you file your motion for protective order on or before December 6, 2012. That said, we may file a motion to compel in advance of that date if we believe that our client will be prejudiced. Accordingly, attached is a draft consent motion regarding the summary judgment deadlines. Please take a look and send us any changes you have. We'd like to get it on file tomorrow if possible.

Best regards,
Jill

---

**From:** Schaper, Michael [mailto:mschaper@debevoise.com]
**Sent:** Tuesday, November 20, 2012 3:17 PM
**To:** Jill Wasserman; Steven Callahan; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.
**Subject:** RE: Merial -- Amended Deposition Notices

Jill: As you note, it is true that as a practical matter the deposition of Ms. Hughes-Coons is not going to go forward next week. It also is true that Bayer will file a motion for a protective order with respect to Merial's amended notice to depose Ms. Hughes-Coons. We are agreeable to not including in the stipulation anything related to the motion Bayer intends to file, as long as you can confirm that (1) Merial is not going to try to show up and take the Hughes-Coons deposition next week given that Nov. 28 does not work for us and in any event we are filing a motion for a protective order (I take it from your email that this is correct); and (2) if we file our motion for a protective order on or before December 6, Merial will not argue that our motion was untimely in any way or that Merial was prejudiced in any way by the timing of our filing the motion.

The bottom line on the scheduling is that we just want to make sure that our team gets the same courtesy we've extended your team, which is to ensure that they won't have to work on motion papers over the holiday weekend.

Thanks,
Mike

---

**From:** Jill Wasserman [mailto:jwasserman@McKoolSmith.com]
**Sent:** Tuesday, November 20, 2012 2:07 PM
**To:** Schaper, Michael; Steven Callahan; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.
**Subject:** RE: Merial -- Amended Deposition Notices

Mike,
We understand that Bayer is not going to provide Ms. Hughes-Coons for deposition absent a court order. And, we recognize that as a practical matter, there is no point in our traveling to Kansas City to take her deposition next week if she is not going to be there. Nevertheless, we cannot and do not

stipulate that the deposition will not take place. If this means that Bayer is withdrawing its agreement to the courtesy extension we requested as to your summary judgment motion, please let me know within an hour, as we otherwise will have to file a motion.

Best regards,
Jill

---

**From:** Schaper, Michael [mailto:mschaper@debevoise.com]
**Sent:** Tuesday, November 20, 2012 10:29 AM
**To:** Steven Callahan; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.; Jill Wasserman
**Subject:** RE: Merial -- Amended Deposition Notices

Jill, Steve--

We were surprised by your noticing Ms. Hughes-Coons for Nov. 28. We already told you that we would not be producing Ms. Hughes-Coons for deposition at all and that she is not available on Nov. 28. Your notice puts us in the position of possibly needing to prepare a motion for a protective order over the Thanksgiving holiday. I would like to think that this was not your intention - if it was, it seems hypocritical given your concerns about your own team's holiday plans being disrupted by the deadline for an opposition brief you have known about since November 5. In any event, when you send the draft stipulation on the schedule for your summary judgment opposition, please include as a term that, unless otherwise agreed by the parties, the date for Ms. Hughes-Coons' deposition is to be stayed pending Bayer filing a motion for a protective order, which Bayer may file on or before Dec. 6, and the Court's decision on that motion.

With respect to the other notices of deposition you served last night, we have already agreed to produce Mr. Van Brunt for deposition on Nov. 29. As we already indicated, dates for the other witness will be in the new year given lawyers' and witnesses' holiday and business travel plans, the revised briefing schedule for the partial summary judgment motion, and now the briefing schedule for a motion for a protective order with respect to Ms. Hughes-Coons. We've been able to pin down the following available dates, which covers all of Bayer's witnesses except Mr. Von Simson:

Rey: Jan. 8-11, 29

Hostetler: Jan. 8-10, 29-31

Rodriguez: Jan. 30-31

Arther: Jan. 16-18

While these dates are available, we may want to pick dates to avoid the lawyers needing to dual track at any given time.

Lastly, we are still waiting for you to provide a date certain for production of Merial's Heartgard efficacy documents, as well as dates for depositions of Merial witnesses previously noticed.

Regards,
Mike

---

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]

**Sent:** Monday, November 19, 2012 7:26 PM
**To:** Schaper, Michael; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.
**Cc:** Merial_Bayer
**Subject:** Merial -- Amended Deposition Notices
**Importance:** High


Steven Callahan
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
214-978-6357
scallahan@mckoolsmith.com

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGES and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 1:11-cv-2888-JOF |
| BAYER HEALTHCARE, LLC, | § § § | |
| Defendant. | § § § | |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT BRIEF

NOW COMES Plaintiff Merial LLC ("Merial") and, with the consent of Defendant Bayer HealthCare LLC ("Bayer") (together, the "Parties"), hereby moves the Court for entry of an order extending the deadlines for responding to Bayer's Motion for Summary Judgment through and including December 6, 2012 and for Bayer to file its reply through and including December 21, 2012 as follows:

WHEREAS, on November 5, 2012, Bayer filed its Motion for Partial Summary Judgment (Dkt. 91) making Merial's opposition due on or before November 29, 2012.

1

WHEREAS, in view of the fact that the Thanksgiving holiday, falls in the middle of Merial's response time, Merial has requested one additional week, to December 6, 2012, to respond to Bayer's Motion for Partial Summary Judgment;

WHEREAS, Bayer does not object to Merial's request for one additional week, through and including December 6, 2012 for Merial to respond;

WHEREAS, Merial's request for an additional week is not brought for the purpose of delay;

NOW, THEREFORE, Merial hereby moves, with Bayer's consent to extend the date by which Merial may file its response to Bayer's Motion for Partial Summary judgment through and including December 6, 2012, and the deadline for Bayer's reply shall be extended through and including December 21, 2012:

This 21st day of November, 2012.

AGREED AND CONSENTED TO:

2

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | MCKOOL SMITH, P.C. |
| /s/ Michael Schaper<br>David H. Bernstein<br>  (admitted pro hac vice)<br>Michael Schaper<br>  (admitted pro hac vice)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Phone: (212) 909-6737<br>Fax: (212) 521-7952<br><br>Robert R. Ambler, Jr.<br>(Ga. Bar No. 014462)<br>Russell  A.  Williams<br>(Ga. Bar No. 141659)<br>WOMBLE CARLYLE SANDRIDGE & RICE PLLC<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363<br>Phone: (404) 872-7000<br>Fax: (404) 879-2924 | /s/ Jill Wasserman<br>Courtland Reichman<br>(GA Bar No. 599894)<br>Jill Wasserman<br>(GA Bar No. 739662)<br>1201 Peachtree<br>400 Colony Square, Suite 200<br>Atlanta, GA  30361<br>TEL:  (404) 920-1852<br><br>**ATTORNEYS FOR MERIAL LLC.** |
| **ATTORNEYS   FOR   BAYER HEALTHCARE LLC** | |

SO ORDERED, This _____ day of November, 2012

_____
J. Owen Forrester
United States District Judge
Northern District of Georgia

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MERIAL LLC,                                )<br>                                                       )<br>     Plaintiff and                              )<br>     Counterclaim Defendant,       )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>BAYER HEALTHCARE LLC,       )<br>                                                       )<br>     Defendant and                         )<br>     Counterclaim Plaintiff.            )  | Civil Action No.<br>1:11-cv-02888-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing CONSENT MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT BRIEF with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Robert R. Ambler, Jr.
>Russell A. Williams
>WOMBLE CARLYLE SANDRIDGE & RICE PLLC
>271 17th Street, N.W., Suite 2400
>Atlanta, GA 30363

>David H. Bernstein
>Michael Schaper
>DEBEVOISE & PLIMPTON LLP
>919 Third Avenue
>New York, NY 10022

1

This 21st day of November 2012.

    */s/ Jill Wasserman*
    Courtland L. Reichman
    (Ga. Bar No. 599894)
    Jill Wasserman
    (Ga. Bar No. 739662)
    McKOOL SMITH, P.C.
    1201 Peachtree Street
    Atlanta, GA 30361
    Email: jwasserman@mckoolsmith.com
    Email: creichman@mckoolsmith.com

    ***Attorneys for Plaintiff***
    **MERIAL LLC**