# EXHIBIT B

Highlighting Added

**Steven Callahan**

-----Original Message-----
From: Schaper, Michael [mailto:mschaper@debevoise.com]
Sent: Monday, August 27, 2012 5:23 PM
To: Jill Wasserman
Cc: Bernstein, David H.; Bannigan, Megan K.; Wang, Zheng; Courtland Reichman
Subject: RE: Doc Production

Jill,

Thanks for your response.

As for our documents, our production should be substantially complete by the end of next week (September 7).  We expect to have our next disc ready tomorrow or Wednesday, as well a second one by the end of the week.  We have run into slight delays due to a very high volume of K9 Advantix and Advantage documents to review.  Our privilege log also will follow the completion of our production.

As for Fiona Rey's availability, she is on maternity leave until October 8.  ==We are willing to extend the discovery schedule== to make Fiona available for a deposition after this date.  If the Court grants Bayer's motion to compel, this also would allow us the benefit of taking depositions related to Heartgard after getting all responsive documents.  ==I think a one month extension would be sufficient; please let me know your view.==

I will be attending Dr. Blagburn's deposition along with Megan Bannigan.  A 9 am start time works for us.  What's your best estimate on how long you expect to go?  (I ask because we are hoping to catch flights back to New York that evening from Atlanta.)  We are working on collecting Dr. Blagburn's documents and will forward them to Jan's attention.  Our intention is to send them out via FedEx on Wednesday.

I look forward to your response to the other issues raised in my e-mail below.

Thanks,
Mike

-----Original Message-----
From: Jill Wasserman [mailto:jwasserman@McKoolSmith.com]
Sent: Friday, August 24, 2012 5:29 PM
To: Schaper, Michael
Cc: Bernstein, David H.; Bannigan, Megan K.; Wang, Zheng; Courtland Reichman

Subject: Re: Doc Production

Mike,
I am told doc production will be substantially complete by end of next week. Priv log may take a few days after that to finish up. What's the status of your production?

We will be sending out depo notices shortly but in the meantime could you check on Fiona Rey's availability the week of sept 3? I should have our dates for you soon.

Thanks for letting me know about blagburn. I was planning to get started at 9 that morning. If you need to start at a different time, let me know.  I am planning to be there, not sure who else at this point. What about for Bayer? If you will send blagburn's docs to Jan Curry in our Dallas office next wednesday office rather than to me in Atlanta, that would be helpful as I will be out of the office all day that day.

I will get back to you on the other issues raised below shortly.

Thanks,
Jill

Sent from my iPhone

On Aug 24, 2012, at 4:06 PM, "Schaper, Michael" <mschaper@debevoise.com<mailto:mschaper@debevoise.com>> wrote:

Hi Jill:  A few things:

- Can you let me know the answer to the question immediately below (re: the date by which Merial will complete its production)?

- Does Merial yet have a position on our proposal to drop damages claims?

- Would you please respond to my e-mail of Sunday (August 19) regarding the production of Merial's documents regarding Frontline efficacy?

- Just FYI, we are representing Dr. Blagburn (along with Auburn University counsel) for purposes of responding to Merial's subpoena, so please include us on any communications with his counsel at Auburn.  Who is attending his deposition from your team and what start time do you have in mind?

Best regards,
Mike

_____

2

From: Schaper, Michael
Sent: Sunday, August 19, 2012 3:35 PM
To: 'Jill Wasserman'; Bannigan, Megan K.
Subject: RE: Doc Production

Thanks Jill.  By when do you expect Merial to complete its document production (including to the third set of requests)?

Mike

_____

From: Jill Wasserman [mailto:jwasserman@McKoolSmith.com]
Sent: Friday, August 17, 2012 11:25 AM
To: Schaper, Michael; Bannigan, Megan K.
Subject: Doc Production

Mike, Megan --
Wanted to get back to you on Megan's message from yesterday.  Our next doc production should be in your hands on Monday.  It will also include some documents collected in response to Bayer's third set of document requests.
Thanks,
Jill

Jill Wasserman
McKool Smith
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361
404-920-1852
jwasserman@mckoolsmith.com<mailto:jwasserman@mckoolsmith.com>

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.