## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that I have this day served PLAINTIFF MERIAL LLC'S AMENDED NOTICE TO TAKE DEPOSITION OF JOE HOSTETLER upon Defendant, by causing a true and correct copy thereof to be served by e-mail, addressed to Defendant's counsel of record as follows:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

1

This 18th day of December 2012.

                                               */s/ Jill Wasserman*
                                               Courtland L. Reichman
                                               (Ga. Bar No. 599894)
                                               Jill Wasserman
                                               (Ga. Bar No. 739662)
                                               McKOOL SMITH, P.C.
                                               1201 Peachtree Street
                                               Atlanta, GA 30361
                                               Email: jwasserman@mckoolsmith.com
                                               Email: creichman@mckoolsmith.com

                                               ***Attorneys for Plaintiff***
                                               **MERIAL LLC**