# Exhibit B
Highlights Added

**Steven Callahan**

**From:** Schaper, Michael [mailto:mschaper@debevoise.com]
**Sent:** Monday, September 03, 2012 4:27 PM
**To:** Jill Wasserman
**Cc:** 'Ambler Jr., Robert R.'; Bernstein, David H.; Bannigan, Megan K.; Wang, Zheng; Courtland Reichman; Steven Callahan
**Subject:** RE: Merial v. Bayer -- Misc Discovery

Thanks Jill.  We are agreeable to a six week extension.  Rather than an extension only for depositions, though, we suggest that it be for fact discovery generally, with the exception of document requests (that is, no new document requests).  If this sounds OK, please send us an updated version of the consent motion (as you noted, with all other dates pushed back accordingly).

Given that Merial is still producing documents (and in light of the extension of time for depositions), we do not want to proceed with depositions the week of 9/17.  Instead, we should find dates that work once we have all of Merial's documents.  Assuming Merial produces the remainder of its documents in the next week or so, we likely will be targeting the end of September or the first week of October, so please check for availability then.  We'll do the same for the Bayer witnesses you mentioned and also check on Ms. Rey's availability when she returns from leave.

Best regards,
Mike

**From:** Jill Wasserman [mailto:jwasserman@McKoolSmith.com]
**Sent:** Friday, August 31, 2012 4:32 PM
**To:** Schaper, Michael
**Cc:** 'Ambler Jr., Robert R.'; Bernstein, David H.; Bannigan, Megan K.; Wang, Zheng; Courtland Reichman; Steven Callahan
**Subject:** Merial v. Bayer -- Misc Discovery

Mike,
I wanted to get back to you on a few things.

First, given Ms. Rey's maternity leave, that both parties are still wrapping up document productions, and the total number of depositions likely, we generally agree that an extension makes sense for fitting in the depositions, but think the extension should be limited to depositions.  You suggested a one month extension, but six weeks would be better for us to accommodate some professional commitments that I have in October. We understand that all of the other deadlines in the case would also be pushed back accordingly.  If we're in agreement, I think we can adapt our previous consent motion on extensions for this extension and can circulate something in the next couple of days, just let me know.

Second, the Merial witnesses that you noticed for deposition are available as follows:

Murray:  9/17
Strommen: 9/18
Frey: 9/18
Hutton: 9/25

Note that Frey and Strommen are both available on Tuesday the 18th. We are prepared to double track those if you think you will need all day for both, or we can split the day if you think you can cover each in a half day.

9/27/2012

Third, could you let us know the availability of the following Bayer witnesses for deposition during the week of 9/24 or the first week of October?  We'll get notices out when we have the dates nailed down unless you want them with placeholder dates first.

Bob Arther
Joe Hostettler
Cristiano von Simson
David Van Brunt
Raquel Rodriguez

And also please let us know when Ms. Rey will be available after she returns from her leave.

We also will be sending a 30(b)(6) notice out shortly, to the extent you can start working on likely dates for that.

Finally, I have a few questions/thoughts about the damages stip. Given the holiday and that you are likely traveling Tuesday for Dr. Blagburn's deposition, maybe we can discuss it when we are together in Auburn during a break.

Have a good holiday weekend.

Thanks,
Jill


Jill Wasserman
**McKool Smith**
1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, Georgia 30361
404-920-1852
jwasserman@mckoolsmith.com

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.