**From:** Schaper, Michael
**Sent:** Tuesday, November 20, 2012 10:29 AM
**To:** 'Steven Callahan'; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.; 'Jill Wasserman'
**Subject:** RE: Merial -- Amended Deposition Notices

Jill, Steve--

We were surprised by your noticing Ms. Hughes-Coons for Nov. 28. We already told you that we would not be producing Ms. Hughes-Coons for deposition at all and that she is not available on Nov. 28. Your notice puts us in the position of possibly needing to prepare a motion for a protective order over the Thanksgiving holiday. I would like to think that this was not your intention - if it was, it seems hypocritical given your concerns about your own team's holiday plans being disrupted by the deadline for an opposition brief you have known about since November 5. In any event, when you send the draft stipulation on the schedule for your summary judgment opposition, please include as a term that, unless otherwise agreed by the parties, the date for Ms. Hughes-Coons' deposition is to be stayed pending Bayer filing a motion for a protective order, which Bayer may file on or before Dec. 6, and the Court's decision on that motion.

With respect to the other notices of deposition you served last night, we have already agreed to produce Mr. Van Brunt for deposition on Nov. 29. As we already indicated, dates for the other witness will be in the new year given lawyers' and witnesses' holiday and business travel plans, the revised briefing schedule for the partial summary judgment motion, and now the briefing schedule for a motion for a protective order with respect to Ms. Hughes-Coons. We've been able to pin down the following available dates, which covers all of Bayer's witnesses except Mr. Von Simson:

Rey: Jan. 8-11, 29

Hostetler: Jan. 8-10, 29-31

Rodriguez: Jan. 30-31

Arther: Jan. 16-18

While these dates are available, we may want to pick dates to avoid the lawyers needing to dual track at any given time.

Lastly, we are still waiting for you to provide a date certain for production of Merial's Heartgard efficacy documents, as well as dates for depositions of Merial witnesses previously noticed.

Regards,
Mike

---

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]
**Sent:** Monday, November 19, 2012 7:26 PM
**To:** Schaper, Michael; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein,

David H.
**Cc:** Merial_Bayer
**Subject:** Merial -- Amended Deposition Notices
**Importance:** High


Steven Callahan
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
214-978-6357
scallahan@mckoolsmith.com

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGES and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.