**From:**     Steven Callahan [scallahan@McKoolSmith.com]
**Sent:**     Monday, January 07, 2013 6:30 PM
**To:**       Bannigan, Megan K.; Schaper, Michael
**Cc:**       Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Merial_Bayer
**Subject:** RE: Merial -- Bayer Deposition Dates

We can do Little on 1/31; we can do Blaho-Owens on 2/21 (we are reserving rights to move for a PO on said deposition). We can offer Hutton on 2/5-8. Let us know which date(s) work for you for his deposition.

We're working on Nelson's availability and 30b6 witness(es).

Thanks,

S.C.

---

**From:** Bannigan, Megan K. [mailto:mkbannigan@debevoise.com]
**Sent:** Friday, January 04, 2013 4:12 PM
**To:** Schaper, Michael; Steven Callahan
**Cc:** Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Merial_Bayer
**Subject:** RE: Merial -- Bayer Deposition Dates

Steve -

A few additional items:

1.  Dr. Blaho-Owens is available for deposition on Feb. 4, 6, 19, 20 or 21.  Please let us know what will work for Merial.

2.  Does January 31st work for Dr. Little's deposition?

3.  Do you have the name(s) and availability of your 30(b)(6) witness(es) yet?

3.  Please let us know dates that Dr. Nelson is available for deposition.

Thanks.

---

**From:** Schaper, Michael
**Sent:** Friday, January 04, 2013 4:51 PM
**To:** 'Steven Callahan'; Bannigan, Megan K.
**Cc:** 'Jill Wasserman'; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; 'Merial_Bayer'
**Subject:** RE: Merial -- Bayer Deposition Dates

Thanks Steve - We'll take Jacoby on Feb. 20 and Simonson on Feb. 7.

Mike

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]
**Sent:** Thursday, January 03, 2013 6:33 PM
**To:** Bannigan, Megan K.; Schaper, Michael
**Cc:** Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Merial_Bayer
**Subject:** RE: Merial -- Bayer Deposition Dates

Megan and Mike,

We can offer Jacoby on January 24 or February 20; and Simonson on February 7 or 14.

Let's lock down Mazis on February 8 and Bowman on February 15.

Thanks,

S.C.

---

**From:** Bannigan, Megan K. [mailto:mkbannigan@debevoise.com]
**Sent:** Thursday, January 03, 2013 12:03 PM
**To:** Schaper, Michael; Steven Callahan
**Cc:** Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng
**Subject:** RE: Merial -- Bayer Deposition Dates

Steve -

Further to the dates below, Dr. Little is available on Jan. 31.  Please let us know ASAP if this date works for your team. Dr. Little's schedule does not have much flexibility.

Thanks-
Megan

---

**From:** Schaper, Michael
**Sent:** Thursday, January 03, 2013 11:28 AM
**To:** 'Steven Callahan'
**Cc:** 'Jill Wasserman'; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Bannigan, Megan K.
**Subject:** RE: Merial -- Bayer Deposition Dates

Steve - One addition to the dates below is that Dr. Bowman also is available on Feb. 15.

Mike

---

**From:** Schaper, Michael
**Sent:** Wednesday, January 02, 2013 7:16 PM
**To:** 'Steven Callahan'
**Cc:** 'Jill Wasserman'; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Bannigan, Megan K.
**Subject:** RE: Merial -- Bayer Deposition Dates

Thanks Steve.  A few additional items:

1. Please let us know who your 30(b)(6) witness(es) will be and their availability.

2. Our experts are available for depositions as follows:

Dr. Bowman - February 13 (may need to be in Ithaca, NY, but NYC also may be a possibility)
Dr. Mazis - February 7-8 (likely preferred location is Philadelphia)

Mike

---

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]
**Sent:** Wednesday, January 02, 2013 3:17 PM
**To:** Schaper, Michael
**Cc:** Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng; Merial_Bayer
**Subject:** RE: Merial -- Bayer Deposition Dates

Mike,

We'll accept 2/13 and 2/14 for the von Simson individual and 30b6 depositions. I'm working to get you dates for Hutton and our experts.

Best regards,

  S.C.

---

**From:** Schaper, Michael [mailto:mschaper@debevoise.com]
**Sent:** Monday, December 17, 2012 11:52 AM
**To:** Steven Callahan
**Cc:** Jill Wasserman; 'Ambler Jr., Robert R.'; Bernstein, David H.; Hamilton, Christopher J.; Wang, Zheng
**Subject:** RE: Merial -- Bayer Deposition Dates

Steve:

This will confirm the following deposition dates for Merial's witnesses:

Frey:  1/25
Mardis:  1/16
Carithers: 1/30
Williams: 1/31
Murray: 2/1
Strommen: 2/5

Please let us know Mr. Hutton's availability.  Also, we should exchange possible dates for expert depositions.  Would you try to get those dates in the next few days and we'll do the same?

Thanks,
Mike

---

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]
**Sent:** Wednesday, December 12, 2012 4:45 PM
**To:** Schaper, Michael; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.

**Cc:** Merial_Bayer
**Subject:** RE: Merial -- Bayer Deposition Dates

Mike,

Let's lock down the Rey, Arther, and Hostetler depositions.

Below are dates that I believe Merial's witnesses are available for deposition. Please let us know which dates work best for you.

Frey -- Januar 13 y 15-18, 23-25
Mardis -- January 15-18, 22-25
Carithers -- January 29-31
Williams -- January 29 - February 1, February 5-8
Murray -- January 29 - February 1, February 5-8
Strommen - February 5-8

Thanks,

S.C.

---

**From:** Schaper, Michael [mailto:mschaper@debevoise.com]
**Sent:** Wednesday, December 12, 2012 3:25 PM
**To:** Steven Callahan; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.
**Subject:** RE: Merial -- Bayer Deposition Dates

Steve:

We've checked back with the witnesses to make sure those dates still work.  I can confirm for Rey, Arther and Hostetler. I'll let you know about Rodriguez.

Dr. von Simson is available on Feb. 6-7 or 13-14 (we're suggesting two days to allow for the individual and 30(b)(6) deposition.  I can be on the call tomorrow and discuss any issues on this during the call.

Please let us know availability for Merial's witnesses ASAP.

Thanks,
Mike

---

**From:** Steven Callahan [mailto:scallahan@McKoolSmith.com]
**Sent:** Tuesday, December 11, 2012 1:28 PM
**To:** Schaper, Michael; Hamilton, Christopher J.; Bannigan, Megan K.; Wang, Zheng; 'Ambler Jr., Robert R.'; Bernstein, David H.
**Cc:** Merial_Bayer
**Subject:** Merial -- Bayer Deposition Dates
**Importance:** High

Mike,

In terms of depositions, you had previously provided suggested dates for certain Bayer witnesses. We'd like to accept the following dates:

January 8 -- Rey.
January 18 -- Arther.
January 29 -- Hostetler.
January 30 -- Rodriguez.

I believe that you were going to provide suggested dates for Von Simson. Do you have those?

We understand that, of the Bayer witnesses listed above, only Von Simson will be a 30b6 witness, but let us know if we're mistaken. We should discuss how best to deal with Von Simson's 30b6 testimony, as opposed to his individual testimony.

Please confirm that the Bayer witnesses will be presented on the dates noted above, so that we can lock down our schedules.

We anticipate providing you with proposed dates for Merial's witnesses shortly.

Best regards,

   S.C.

Steven Callahan
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201
214-978-6357
scallahan@mckoolsmith.com

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGES and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.