UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MERIAL LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | CIVIL ACTION FILE<br>NO. 1:11-cv-02888-JOF |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Bayer HealthCare LLC will take the deposition on oral examination of Merial LLC, at 9:00 a.m., on October 15, 2012, at the offices of Womble Carlyle Sandridge & Rice, LLP, 271 17th Street NW, Atlanta, Georgia 30363-1017, or at such other time and place agreed upon by counsel. The deposition will take place before a notary public or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means. The deposition will

continue from day to day or on adjourned dates until completed with such adjournments as to time and place as may be necessary.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Merial LLC shall designate one or more officers, directors, managing agents or other persons to testify on its behalf as to each of the matters set forth on Schedule A.

Dated:      New York, New York
            September 27, 2012

DEBEVOISE & PLIMPTON LLP

s/ Michael Schaper
David H. Bernstein
(dhbernstein@debevoise.com)
Michael Schaper
(mschaper@debevoise.com)
*Admitted Pro Hac Vice*

919 Third Avenue
New York, New York 10022
(212) 909-6737
(212) 521-7952 (fax)

WOMBLE CARLYLE SANDRIDGE & RICE, LLP


s/ Robert R. Ambler, Jr.
Robert R. Ambler, Jr.
(rambler@wcsr.com)
Attorney Bar Number: 014462
Russell A. Williams
(rwilliams@wcsr.com)
Attorney Bar Number: 141659

271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404) 872-7000
(404) 879-2924 (fax)

*Attorneys for Defendant*
*Bayer HealthCare LLC*

## Schedule A

1. The effectiveness of Frontline Plus at killing fleas and ticks, during all stages of their life cycle throughout the indicated duration of treatment, including any studies conducted, sponsored or funded by Merial related to that issue.

2. The creation, conceptualization, consideration, creation, drafting, preparation, finalization, approval and circulation of any of Merial LLC's advertising for Frontline Plus from 2010 to the present.

3. Evidence of consumers believing that Merial LLC's advertising for Frontline Plus from 2010 to the present communicates that Frontline Plus (1) is 100% effective at killing fleas or ticks, as adults, eggs, or larvae, (2) reaches peak efficacy almost immediately after application, (3) remains 100% effective all month long, or (4) is superior to other competing products because of one or more of the aforementioned claims.

4. The effectiveness of Advantage, K9 Advantix, K9 Advantix II and Advantage II at killing or repelling fleas and ticks, during all stages of their life cycle, including any studies conducted, sponsored or funded by Merial related to that issue.

5. Evidence of consumers believing that the Bayer Conditional Advertisements-at-Issue, as defined in Merial LLC's Second Set of Requests for Production, communicate that Bayer's flea and tick products are 100% effective at killing or repelling fleas or ticks.

6. Evidence of consumers believing that Bayer's Pooch Protest commercial communicates that Frontline Plus is 0% effective at killing fleas and ticks.

7. The effectiveness of Heartgard Plus at preventing heartworm disease, including any studies conducted, sponsored or funded by Merial related to that issue.

8. Any suspected or actual loss of efficacy or product failure of Heartgard Plus.

9. The effectiveness of Advantage Multi at preventing heartworm disease, including any studies conducted, sponsored, or funded by Merial related to that issue.

10. The effectiveness of Heartgard Plus at preventing heartworm disease caused by any strain of heartworm resistant to, or suspected to be resistant to, preventives, including, but not limited to, the MP3 strain of heartworm, including any studies conducted, sponsored or funded by Merial related to that issue.

11. The effectiveness of Advantage Multi at preventing heartworm disease caused by any strain of heartworm resistant to, or suspected to be resistant to, preventives, including, but not limited to, the MP3 strain of heartworm, including any studies conducted, sponsored or funded by Merial related to that issue.

12. Potential resistance of heartworms to preventives, including Heartgard Plus.

13. The MP3 strain of heartworm, including any studies conducted, sponsored or funded by Merial related to that issue.

14. Evidence of veterinarians believing that the Bayer Advertisements-at-Issue, as defined in Merial LLC's First Set of Requests for Production of Documents and Things to Defendant Bayer HealthCare LLC, communicate that Advantage Multi is generally superior in heartworm disease prevention to the other tested products, including Heartgard Plus.

15. Evidence of veterinarians believing that the Bayer Advertisements-at-Issue, as defined in Merial LLC's First Set of Requests for Production of Documents and Things to Defendant Bayer HealthCare LLC, communicate that the MP3 heartworm strain is prevalent in the general heartworm population.

16. Evidence of veterinarians believing that the Bayer Advertisements-at-Issue, as defined in Merial LLC's First Set of Requests for Production of Documents and Things to Defendant Bayer HealthCare LLC,

   communicate that Dr. Blagburn's study concluded that Heartgard Plus killed only 12% of heartworms in the study.

17. Evidence of veterinarians believing that the Bayer Advertisements-at-Issue, as defined in Merial LLC's First Set of Requests for Production of Documents and Things to Defendant Bayer HealthCare LLC, communicate that a single treatment of heartworm preventive is clinically appropriate dosing in practice.

18. Evidence of consumers believing that the Bayer's public service announcement relating to Dr. Blagburn's study communicates that Advantage Multi is generally superior to Heartgard Plus.

19. Communications between Merial LLC, or any of its representatives or attorneys, and Dr. Susan Little since January 2011.

20. A draft article circulated by Dr. John McCall to the board of the American Heartworm Society on or around February 8, 2011 entitled "History of Testing Macrocyclic Lactones for Prevention of Heartworm Disease" and the topics contained in the article, and any communications between Merial and Dr. McCall about the draft article, subsequent drafts of the article and the final version of the article.

21. Communications from Merial LLC to consumers and/or veterinarians related to Dr. Blagburn's study and its validity.

22. Communications from Merial LLC to consumers and/or veterinarians related to the effectiveness of Heartgard Plus.

23. Communications from Merial LLC to consumers and/or veterinarians related to Advantage Multi.

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LLC, ) | CIVIL ACTION FILE |
| ) | NO. 1:11-cv-02888-JOF |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| BAYER HEALTHCARE LLC, ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I caused the Notice of Deposition for Merial LLC to be served on the following attorneys of record by e-mail:

> Courtland L. Reichman (creichman@McKoolSmith.com)
> Jill Wasserman (jwasserman@McKoolSmith.com)

> s/ Michael Schaper
> Admitted Pro Hac Vice
> Attorney for Bayer HealthCare LLC

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Telephone: (212) 909-6737
Email: mschaper@debevoise.com

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
Telephone: (404) 872-7000
Email: rambler@wcsr.com