# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MERIAL LLC,

      Plaintiff and Counterclaim-Defendant,

v.

BAYER HEALTHCARE LLC,

      Defendant and Counterclaim-Plaintiff.

Civil Action
No. 1:11-cv-02888-JOF

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Merial LLC ("Merial") initiated this proceeding against Bayer HealthCare LLC ("Bayer") and Bayer brought counterclaims against Merial;

WHEREAS the undersigned parties have agreed to the dismissal with prejudice of all claims and counterclaims brought against each other in this matter;

NOW THEREFORE, the undersigned parties agree as follows:

1.      This action (including all claims and counterclaims) is hereby
        dismissed with prejudice, each party to bear its own fees and
        costs.

2.      No appeals shall be taken from any order approving this
        stipulation.

3.      This stipulation shall not be construed as (a) an admission by
        Bayer that there are any infirmities in its claims or defenses, or (b)
        an admission by Merial that there are any infirmities in its claims
        or defenses.

Dated:   January 24, 2013

MCKOOL SMITH

By:   _____/s/ Courtland Reichman_____
Courtland L. Reichman
(CReichman@Mckoolsmith.com)
Attorney Bar Number: 599894
Jill Wasserman
(JWasserman@Mckoolsmith.com)
Attorney Bar Number: 739662


1201 Peachtree Street
400 Colony Square
Suite 200
Atlanta, Georgia 30361

DEBEVOISE & PLIMPTON LLP

By:   __/s/ Michael Schaper_____
David H. Bernstein
(dhbernstein@debevoise.com)
Michael Schaper
(mschaper@debevoise.com)
Christopher J. Hamilton
(cjhamilt@debevoise.com)
Megan K. Bannigan
(mkbannigan@debevoise.com)
Admitted Pro Hac Vice

919 Third Avenue
New York, New York 10022

(404) 920-1851                              (212) 909-6000


*Attorneys for Merial LLC*                   WOMBLE CARLYLE
                                            SANDRIDGE & RICE PLLC

                                            By:   /s/ Robert Ambler
                                            Robert R. Ambler, Jr.
                                            (rambler@wcsr.com)
                                            Attorney Bar Number: 014462
                                            Russell A. Williams
                                            (rwilliams@wcsr.com)
                                            Attorney Bar Number: 141659

                                            271 17th Street, NW, Suite 2400
                                            Atlanta, GA 30363-1017
                                            (404) 872-7000


                                            *Attorneys for Bayer HealthCare*
                                            *LLC*

So ordered this ___ day of _____, 2013.


_____
Hon. J. Owen Forrester
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MERIAL LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:11-cv-02888-JOF |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing STIPULATION

OF DISMISSAL WITH PREJUDICE with the Clerk of Court using CM/ECF

system, which will automatically send email notification of such filing to the

following attorneys of record:

> Robert R. Ambler, Jr.
> Russell A. Williams
> WOMBLE CARLYLE SANDRIDGE & RICE PLLC
> 271 17th Street, N.W., Suite 2400
> Atlanta, GA 30363
>
> David H. Bernstein
> Michael Schaper
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, NY 10022

This 24th day of January 2013.

> */s/ Jill Wasserman*
> Courtland L. Reichman
> (Ga. Bar No. 599894)

Jill Wasserman
(Ga. Bar No. 739662)
McKOOL SMITH, P.C.
1201 Peachtree Street
Atlanta, GA 30361
Email: jwasserman@mckoolsmith.com
Email: creichman@mckoolsmith.com
*Attorneys for Plaintiff*
**MERIAL LLC**